IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>TARIQ THOMAS,<br><br>     Defendant. | **CASE NO. 8:21CR132**<br><br><br>ORDER RE:<br>PRETRIAL MOTION |

The defendant has filed a Motion to Suppress (Filing No. 39). Accordingly,

IT IS ORDERED:

1. On or before **June 23, 2021**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **June 30, 2021**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **July 7, 2021**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held with the undersigned magistrate judge on **July 12, 2021, at 10:30 a.m.** Conferencing instructions will be provided under a separate order.

DATED this 17th day of June, 2021.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge