# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:21CR132 |
| vs. | |
| ANDRES RUNNINGSHIELD, and TARIQ THOMAS, | ORDER |
| Defendants. | |

This matter is before the Court following a status conference held with counsel for the parties by telephone on July 12, 2021, before the undersigned magistrate judge. In accordance with the matters discussed during the status conference,

**IT IS ORDERED:**

1. The defendant's oral motion to withdraw Defendant's Motion to Suppress Arrest, Detention, and Statement (Filing No. 39) is granted, without prejudice.

2. The deadline for filing of pretrial motions by the defendant is extended to **July 26, 2021**.

3. The Motion to Withdraw as Counsel (Filing No. 44) is granted, without objection. Separate order to issue.

Dated this 12th day of July, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge