IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TARIQ THOMAS,<br><br>      Defendant. | 8:21CR132<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

  The defendant appeared before the Court on March 14, 2022 regarding Petition for Action on Conditions of Pretrial Release [72]. James Kozel represented the defendant. Kelli Ceraolo represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant denied violating release conditions (l) and (m). The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Tuesday, March 22, 2022 at 9:00 a.m.

  **IT IS SO ORDERED**.

Dated this 14th day of March, 2022.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge