IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR132 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TARIQ THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on August 4, 2022, that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibit No. 1 / Detention Hearing / March 22, 2022

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: August 4, 2022

BY THE COURT

s/ Brian C. Buescher
United States District Judge